35379. McINTOSH v. FRIENDS OF CHILDREN, INC.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

SUBMITTED AUGUST 30, 1979 — DECIDED JANUARY 8, 1980 — REHEARING DENIED FEBRUARY 5, 1980.

*Purdom & Ellis, Wayne M. Purdom*, for appellant.
*Stephen L. Frank, Susan G. Leavenworth*, for appellee.